UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES, | CASE NO. C23-1186JLR |
| Plaintiff, | ORDER |
| v. | |
| HARBORVIEW MEDICAL CENTER, et al., | |
| Defendants. | |

Before the court are (1) *pro se* Plaintiff Cortez Daundre Jones's motion for leave to proceed *in forma pauperis* ("IFP") (IFP App. (Dkt. # 1)) and (2) United States Magistrate Judge Michelle L. Peterson's report and recommendation recommending the court deny Mr. Jones's IFP motion (R&R (Dkt. # 3)).[1] Having carefully reviewed the

---

[1] Although the report and recommendation states that Mr. Jones is permitted to file objections to the report and recommendation by August 23, 2023, the Ninth Circuit has held that a plaintiff is not entitled to submit written objections to a Magistrate Judge's report and recommendation that IFP status should be denied. *Minetti v. Port of Seattle*, 152 F.2d 1113,

ORDER - 1

foregoing documents and the governing law, the court ADOPTS the report and recommendation (Dkt. # 3) and DENIES Mr. Jones's motion for leave to proceed IFP (Dkt. # 1).  Mr. Jones shall pay the usual filing fee by **September 14, 2023**.  If he fails to do so, this case will be dismissed.

Dated this 15th day of August, 2023.

JAMES L. ROBART
United States District Judge

---

1114 (9th Cir. 1998).  Accordingly, the court will not afford Mr. Jones an opportunity to object to the instant report and recommendation.

ORDER - 2