UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES, | CASE NO. C23-1186JLR |
| Plaintiff, | ORDER |
| v. | |
| HARBORVIEW MEDICAL CENTER, et al., | |
| Defendants. | |

Before the court is *pro se* Plaintiff Cortez Daundre Jones's objections to Magistrate Judge Michelle L. Petersen's report and recommendation recommending that the court deny Mr. Jones's motion for leave to *in forma pauperis* ("IFP"). (Obj. (Dkt. # 7); *see* IFP Mot. (Dkt. # 1); R&R (Dkt. # 3).) Plaintiffs are not entitled to submit written objections to a Magistrate Judge's report and recommendation that IFP status should be denied. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998). Accordingly, in its August 15, 2023 order adopting Magistrate Judge Peterson's report

ORDER - 1

1   and recommendation, the court stated that it would "not afford Mr. Jones an opportunity
2   to object to the instant report and recommendation." (8/15/23 Order (Dkt. # 4) at 1-2
3   n.1.)  The court therefore DIRECTS the Clerk to strike Mr. Jones's objections to
4   Magistrate Judge Petersen's report and recommendation (Dkt. # 7).  The court reminds
5   Mr. Jones that his case will be dismissed if he fails to pay the filing fee by **September 14,**
6   **2023**.  (*See* 8/15/23 Order at 2.)

7   Dated this 30th day of August, 2023.

10   JAMES L. ROBART
     United States District Judge